CHIEF JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JESUS GASTELUM-PAYAN,<br><br>　　　　　　　　　Defendant. | **Case No.** CR15-295MJP<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE** |

　　　　THE COURT having considered the unopposed motion of the parties to extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

　　　　1.　　The Court finds that a failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

　　　　2.　　The Court further finds that the ends of justice will be served by ordering the continuance in this case and that the continuance is necessary to ensure effective trial preparation.

//

//

//

//

ORDER GRANTING UNOPPOSED JOINT MOTION TO
CONTINUE PRETRIAL MOTIONS DUE DATE - 1

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON 98101-2021
(206) 382-2900
FAX: (206) 382-2128

1   IT IS THEREFORE ORDERED that Defendant's unopposed motion is GRANTED. All
2 pretrial motions, including motions in limine, shall be filed no later than October 8, 2015.

5   DATED this 23rd day of September, 2015.

Marsha J. Pechman
United States District Judge

Presented by:

*/s/Kevin Peck*
_____
Kevin A. Peck, WSBA #12995
Attorney for Defendant, Mr. Jesus Gastelum-Payan

ORDER GRANTING UNOPPOSED JOINT MOTION TO
CONTINUE PRETRIAL MOTIONS DUE DATE - 2

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON 98101-2021
(206) 382-2900
FAX: (206) 382-2128